bbm 205473
4/18/14  2:00 pm

I 5238419
OX2482MN8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------------X
JASON LEE,

                                    Plaintiff,

        - against -

ENTERPRISE HOLDINGS, INC. and
PHILIP CATALDI, TRUSTEE OF THE PHILIP
CATALDI TRUST #2,

                                  Defendant(s).
---------------------------------------------------------------X

Index No. 5341/14

Date purchased: 4/4/14

**SUMMONS**

Plaintiff designates QUEENS
County as the place of trial

The basis of the venue
Plaintiff's residence:
216-08 67th Avenue
Bayside, NY 11364

TO: THE ABOVE-NAMBED DEFENDANT (S):

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:   Bayside, New York
           March 25, 2014

                                              Jeffrey Kim
                                              JEFFREY KIM, P.C.
                                              Attorney for Plaintiff
                                              42-40 Bell Blvd, Suite 304
                                              Bayside New York 11361
                                              (718) 428-4949

Defendant's Address(es):

ENTERPRISE HOLDINGS, INC:  218-30 Hillside Avenue, Queens Village, NY 11427
PHILIP CATALDI:  2507 East 2nd Street, Lehigh Acres, Florida 33972

<u>**PROMPTLY FORWARD TO YOUR INSURANCE COMPANY**</u>