SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------x
JASON LEE,                                             INDEX NUMBER: 5341/14

                    Plaintiff,

v.                                                     **DEMAND FOR AD DAMNUM**

ENTERPRISE HOLDINGS, INC. and PHILLIP
CATALDI, Trustee of the PHILIP CATALDI Trust,

                    Defendants.
-----------------------------------------------------------x

**COUNSEL:**

    **PLEASE TAKE NOTICE**, that pursuant to CPLR §3017©, demand is hereby made by defendants, ENTERPRISE HOLDINGS, INC. and PHILLIP CATALDI, Trustee of the PHILIP CATALDI Trust, that plaintiff set forth within 15 days of service hereof the amount of damages sought to be recovered in this action.

Dated: New York, New York
       June 13, 2014

                                        LAW OFFICES OF LORNE M. REITER, LLC
                                        Attorneys for Defendants
                                        ENTERPRISE HOLDINGS, INC. and PHILLIP
                                        CATALDI, Trustee of the PHILIP CATALDI Trust
                                        14 Wall Street, 20th Floor
                                        New York, New York 10005
                                        212.222.0955

                         BY: _____
                              LORNE M. REITER, ESQ.

TO:  Jeffrey Kim, Esq.
       Jeffrey Kim, P.C.
       42-40 Bell Blvd, Suite 304
       Bayside, New York 11361