# JEFFREY KIM, P.C.
*ATTORNEYS AT LAW*
42-40 BELL BOULEVARD, SUITE 304
BAYSIDE, N.Y. 11361
———
TEL (718) 428-4949
FAX (718) 709-8674

February 29, 2016

- VIA ECF -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Hon. Magistrate Judge Scanlon
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: LEE v. ENTERPRISE HOLDINGS, INC. and PHILIP CATALDI, Trustee of the PHILIP CATALDI Trust #2
      Docket Number: 14-CV-03931

Dear Judge Scanlon:

  Enclosed herewith are plaintiff's proposed voir dire and jury instructions.

  Plaintiff will submit Hospital Records into evidence and will seek to submit medical illustrations of plaintiff's open reduction internal fixation surgery. These medical illustrations were done specifically based on plaintiff's operative report and Dr. Joseph Shim, plaintiff's treating orthopedic surgeon, will affirm that these illustrations are reasonably anatomically correct, fairly and accurately depict plaintiff's surgery and will assist him in helping the jury understand injuries suffered by plaintiff as a result of the accident. The medical illustrations will further assist Dr. Shim in explaining the surgery that he performed as well as his surgical technique.

  Thank you.

                    Very truly yours,

                    Jeffrey Kim

JK/ssr