<u>Record of Conference and Orders: Vera M. Scanlon, USMJ</u>     Date: <u>3/1/2016</u>

Case: <u>Lee v. Enterprise Holdings, Inc. et al</u>

Civ. A. 14 CV 3931 (VMS)
<u>ECF Recording in 504N:</u>     ☐ Telephone Conference     ☑ In-person Conference

5:24 – 5:30

<u>Counsel:</u> *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

<u>Conference Type:</u>

☐ Initial Conference  ☐ Status Conference  ☑ Settlement Conference  ☐ Motion Hearing  ☐ Discovery Conference  ☐ JPTO Conference  ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder     ☐ To be served     ☐ To be filed
    ☐ Complaint ☐ Answer     ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☑ Stip of dismissal to be filed     3/15/16

☐ Status conference     Date:     Time:
    ☐ In person ☐ Telephone (718) 613-2300     To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated     ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed     ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference     Date:     Time:

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Lee v. Enterprise   Civ. A. 14-3931

Date: 3/1/2016

**Additional Orders:**

Counsel settled on the record. Stipulation of dismissal to be filed.

Page 2 of 2