UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON LEE,

                Plaintiff,

                CIVIL ACTION NO.: 14-cv-3931-NGG-VMS

v.

ENTERPRISE HOLDINGS, INC. and PHILLIP
CATALDI, Trustee of the PHILIP CATALDI Trust,   STIPULATION OF DISCONTINUANCE

                Defendants.
-----------------------------------------------------------X

TO:   JEFFREY KIM, ESQ.
       Attorneys for Plaintiff
       169-95 137th Avenue
       Jamaica, New York 11434

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties, that whereas no party hereto is an infant, incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is discontinued, without costs and with prejudice.

Dated: March 2, 2016

_____         _____
JEFFREY KIM, ESQ.                             LORNE M. REITER, ESQ.
Attorneys for Plaintiff                             Law Offices of Lorne M. Reiter, LLC
Jason Lee                                               Attorneys for Defendants
169-95 137th Avenue                         Enterprise Holdings, LLC., and Phillip Cataldi,
Jamaica, New York 11434                Trustee of the Philip Cataldi Trust
718.528.3700                                  14 Wall Street, 20th Floor
                                                        New York, New York 10005
                                                        File No.: 003-0494-JLY
                                                        212.222.0955